IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BLESSED EMMANUEL OMOOBAJESU,

     Petitioner,

vs.                                       Case No.  23cv600 WJ/GBW

RONALD MARTINEZ, *et al*.,

     Respondents.

**ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on February 5, 2026.  Doc. 28.  The PFRD provided fourteen days for parties to file objections.  Respondents filed a notice of non-objection to the PFRD on February 6, 2026.  Doc. 29.  Due to alleged difficulties receiving mail, the Magistrate Judge extended Petitioner's objections deadline twice, once to March 16, 2026, and again to April 2, 2026.  *See* Docs. 31, 34. On March 20, 2026, Petitioner filed objections to the Magistrate Judge's PFRD.  Doc. 35.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to.  After conducting this de novo review, and having thoroughly considered the Magistrate Judge's PFRD and the objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

     **IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The objections of Petitioner Blessed Omoobajesu are OVERRULED;

2. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 28) is ADOPTED;

3.  The Court DENIES Petitioner's Petition for relief under 28 U.S.C. § 2254; and

4.  Because the Court has determined that Petitioner has failed to make a substantial showing that he has been denied a constitutional right, the Court will DENY a certificate of appealability.


/s/_____
HON. WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE